IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA R. KAPLAN,<br><br>      Plaintiff,<br>v.<br><br>DAVIDSON & GRANNUM, LLP,<br>SANDRA D. GRANNUM & DAVID L.<br>BECKER,<br><br>      Defendants. | Case No. 07C 6668<br><br>JUDGE GEORGE M. MAROVICH<br>MAGISTRATE JUDGE SCHENKIER |

### DEFENDANTS' MOTION TO DISMISS

Defendants Davidson & Grannum, LLP, Sandra D. Grannum and David L. Becker (collectively "D&G"), hereby move this Court to issue an ORDER dismissing Plaintiff's action and instructing Plaintiff to re-file her claim against D&G in the proper forum, the New York State Court hearing Grannum's action against Plaintiff.

Plaintiff's Cause of Action against D&G is one of legal malpractice arising from legal services provided by D&G to Plaintiff in New York. D&G filed suit against Plaintiff in New York 20 months ago, and Plaintiff's claims could, and should, have been brought as a counterclaim in that action. As such, Plaintiff's claims against D&G should be dismissed by this Court pursuant to the doctrine of *forum non conveniens*, the "first to file" rule and Illinois law. A Brief in Support of this Motion has been separately-filed with this Court.

                                            Respectfully submitted,

                                            DAVIDSON & GRANNUM, LLP;
                                            SANDRA D. GRANNUM AND
                                            DAVID L. BECKER

                                        By:  */s/ Daniel E. Tranen*
                                                One of their attorneys

450897.1

Daniel E. Tranen (#6244878)
WILSON, ELSER, MOSKOWITZ,
　　EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602
Telephone: (312) 704-0550
Facsimile:　(312) 704-1522
Daniel.Tranen@wilsonelser.com

2

450897.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing pleading was served on:

***Attorney for Plaintiff***
Gregg M. Rzepczynski
Gregg M. Rzepczynski & Associates Ltd.
175 West Jackson Boulevard, Suite 1650
Chicago, Illinois 60604

by: ☐ hand-delivery; ☐ facsimile; ☐ overnight mail, next day delivery; and/or ☒ depositing same in the US Mail at or before the hour of 5:00 p.m. this 21st day of December, 2007.

                                                    */s/ Daniel E. Tranen*
                                                    Daniel E. Tranen

450897.1