# EXHIBIT 1



# WebCivil Supreme - Appearance Detail

Court: **New York Civil Supreme**
Index Number: **601276/2006**
Case Name: **DAVISDON & GRANNUM, L.L.P. vs. KAPLAN, BARBARA**
Case Type: **Contract**
Track: **Expedited**

**Appearance Information:**

| Appearance Date | Time | Type / Part | Appearance Outcome | Justice / Part | Comments |
|---|---|---|---|---|---|
| 03/27/2008 | | STRIAL Status Conference 10 | | GISCHE, JUDITH J. STATUS CONFERENCE 10 | 9:30AM NI EXT 04/01/2008 |
| 10/25/2007 | | STRIAL Status Conference 10 | Status Conference Held | GISCHE, JUDITH J. STATUS CONFERENCE 10 | 9:30AM |
| 09/06/2007 | | STRIAL Status Conference 10 | Status Conference Adjourned | GISCHE, JUDITH J. STATUS CONFERENCE 10 | 9:30AM |
| 08/09/2007 | | STRIAL Status Conference 10 | Status Conference Adjourned | GISCHE, JUDITH J. STATUS CONFERENCE 10 | 9:30AM ADMN AD |
| 04/26/2007 | | STRIAL Status Conference 10 | Status Conference Held | GISCHE, JUDITH J. STATUS CONFERENCE 10 | 9:30AM |
| 02/22/2007 | | STRIAL Compliance Conference 10 | Compliance Conference Held | GISCHE, JUDITH J. COMPLIANCE CONFERENCE 10 | 9:30AM |
| 01/11/2007 | | STRIAL Compliance Conference 10 | Compliance Conference Adjourn | GISCHE, JUDITH J. COMPLIANCE CONFERENCE 10 | 9:30AM NI DUE 02/23/2007 |
| 11/16/2006 | | MOTION Motion 10 | Fully Submitted | GISCHE, JUDITH J. IAS MOTION 10 | 10M |
| 10/16/2006 | | MOTION Submissions Part | Oral Argument (80 Centre St) | GISCHE, JUDITH J. SUBMISSIONS PART | 9:30AM |
| 08/17/2006 | | STRIAL Preliminary Conference 10 | Preliminary Conference Held | GISCHE, JUDITH J. IAS PRELIMINARY CONFERENCE 10 | 9:30AM |
| 08/07/2006 | | MOTION Submissions Part | Motion Withdrawn | GISCHE, JUDITH J. SUBMISSIONS PART | 10M |
| 08/03/2006 | | SINTAL Preliminary Conference 10 | Prelim Conference Adjourned | GISCHE, JUDITH J. IAS PRELIMINARY CONFERENCE 10 | 9:30AM |
| 07/17/2006 | | MOTION Submissions Part | Adjourned | GISCHE, JUDITH J. SUBMISSIONS PART | S |
| 05/11/2006 | | MOTION Motion 10 | Motion Withdrawn | GISCHE, JUDITH J. IAS MOTION 10 | 10M OSC IN PT |

[ Close ]



EXHIBIT
1