10607.00015

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA R. KAPLAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVIDSON & GRANNUM, LLP,<br>SANDRA D. GRANNUM & DAVID L.<br>BECKER,<br><br>　　　　Defendants. | Case No. 07C 6668<br><br>JUDGE GEORGE M. MAROVICH<br>MAGISTRATE JUDGE SCHENKIER |

## NOTICE OF MOTION

TO:　　Gregg M. Rzepczynski
　　　　Gregg M. Rzepczynski & Associates Ltd.
　　　　175 West Jackson Boulevard, Suite 1650
　　　　Chicago, Illinois 60604

　　　　PLEASE TAKE NOTICE THAT on **January 8, 2008** at **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Judge George M. Marovich**, or any judge sitting in his stead, in **Room 1944-C** or the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **Defendants' Motion to Dismiss and Memorandum in Support**, copies of which are attached hereto.

　　　　　　　　　　　　　　　　　　　　　　DAVIDSON & GRANNUM, LLP;
　　　　　　　　　　　　　　　　　　　　　　SANDRA D. GRANNUM AND
　　　　　　　　　　　　　　　　　　　　　　DAVID L. BECKER


　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Daniel E. Tranen*
　　　　　　　　　　　　　　　　　　　　　　　　　One of their attorneys

Daniel E. Tranen (#6244878)
WILSON, ELSER, MOSKOWITZ,
　　EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602
Telephone: (312) 704-0550
Facsimile: (312) 704-1522
Daniel.Tranen@wilsonelser.com

455084.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing pleading was served on:

*__Attorney for Plaintiff__*
Gregg M. Rzepczynski
Gregg M. Rzepczynski & Associates Ltd.
175 West Jackson Boulevard, Suite 1650
Chicago, Illinois 60604

by: ☐ hand-delivery; ☐ facsimile; ☐ overnight mail, next day delivery; and/or ☑ depositing same in the US Mail at or before the hour of 5:00 p.m. this 21st day of December, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Daniel E. Tranen
　　　　　　　　　　　　　　　　　　　　Daniel E. Tranen