**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Barbara R. Kaplan
                            Plaintiff,

v.                                          Case No.: 1:07−cv−06668
                                            Honorable George M. Marovich

Davidson & Grannum, LLP, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 28, 2007:

  MINUTE entry before Judge George M. Marovich :Motion hearing set for 1/8/2008 is stricken. Briefing schedule set on defendants' motion to dismiss[5] : response due by 2/1/2008; reply due by 2/22/2008; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.