U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number: 07-cv-6668
BARBARA R. KAPLAN
v.
DAVIDSON & GRANNUM, LLP, SANDRA D. GRANNUM
and DAVID L. BECKER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, DAVIDSON & GRANNUM, LLP,
SANDRA D. GRANNUM and DAVID L. BECKER

| |
|---|
| NAME (Type or print)<br>Geoffrey A. Belzer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Geoffrey A. Belzer |
| FIRM<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP |
| STREET ADDRESS<br>120 North LaSalle Street, 29th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6292223 | TELEPHONE NUMBER<br>312-704-0550 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |