IN THE UNITED STATES DISTRACT COURT
FOR THE NORTHERN DISTRACT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 1 2008
2-1-2008
JUDGE GEORGE M. MAROVICH

| | |
|---|---|
| Barbara R. Kaplan ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-cv-06668 |
| ) | |
| Davidson & Grannum, LLP, et al. ) | Honorable George M. Marovich |
| ) | |
| Defendant, ) | |

## AGREED MOTION FOR BRIEFING SCHEDULE EXTENSION

Petitioner, Barbara R. Kaplan, by and through her attorney, Gregg Rzepczynski hereby requests that this Honorable Court extend the period for briefing for Defendants'' Motion to Dismiss. In support thereof, Petitioner states as follows:

1. On December 21, 2007, Defendants filed a Motion to Dismiss and Memorandum in Support of said motion.

2. On December 28, 2007, a Minute Order was issued whereby a Briefing schedule was set for Plaintiff's response brief due on February 1, 2008 and reply due by February 22, 2008.

3. Since that time, Plaintiff's counsel and the Defendants' counsel have entered into an agreement to extend the briefing schedule, whereby Plaintiff's response brief due by February 15, 2008 and reply due by March 7, 2008. A copy of the emails between counsels is attached as Exhibit A.

4. An Agreed Order providing for the relief requested is attached to this Motion, as Exhibit B, for the Court's consideration.

WHEREFORE, Barbara R. Kaplan, respectfully request that this Honorable Court grant this motion and enter the attached Agreed Order extending the briefing schedule.

                              Respectfully submitted,

                              Gregg Rzepczynski & Associates Ltd.

                              By: _____
                                    One of her Attorneys

Gregg M. Rzepczynski
Gregg M. Rzepczynski & Associates Ltd.
175 West Jackson Blvd. Suite 1650
Chicago, Illinois 60604
(312) 939-8028

Gmail  Calendar  Documents  Photos  Groups  Web  more ▼

attygnr@gmail.com | Settings | Older

[ Search Mail ]  [ Search the Web ]  Show search options
Create a filter

**Compose Mail**

Forbes.com: Most popular stories - Fans Critique Apple

« Back to Inbox  [ Archive ]  [ Report Spam ]  [ Delete ]  [ More Actions ]

**Inbox (174)**

### RE: Kaplan v. Davidson & Grannum LLP   Inbox  x

**Starred**

Gregg Rzepczynski to Daniel            show details Jan 29 (2 days ago)   Reply

Dear Mr. Tranen,

**Chats**

As you are aware I am counsel for the Plaintiff in the above case. At this time I am respectfully requesting an extension in filing my brief until Friday, February 15, 2008.
Thank you in advance for your consideration in this matter. Gregg

**Sent Mail**

--
Gregg Rzepczynski
Gregg Rzepczynski & Associates Ltd.
175 West Jackson Blvd. Ste. 1650
Chicago, Illinois  60604
Tel: (312) 939-8028
Fax: (312) 922-1794
Cell: (312) 919-9014

**Drafts (11)**

**All Mail**

**Spam (18)**

**Trash**

Reply   Forward

Tranen, Daniel to me, Geoffrey            show details Jan 29 (2 days ago)   Reply

Gregg,

**Contacts**

We will agree to your request for an extension.

Daniel
- Show quoted text -

Chat
Search, add, or invite

Gregg Rzepczynski
Set status here ▼
Katy Stanton
Tom Fitzgerald
Deborah McHugh
Philip Roy
Anita Alvarez
Dan Kirk
Deb McHugh
Jame Groves
Jame Groves
John Notorangelo
Options ▼  Add Contact

This communication was not intended or written to be used,
and it cannot be used by any taxpayer, for the purpose of
avoiding tax penalties. (The foregoing legend has been
affixed pursuant to U.S. Treasury Regulations governing tax practice.)

**************************************************

CONFIDENTIALITY NOTICE: This electronic message is
intended to be viewed only by the individual or entity to
whom it is addressed. It may contain information that is
privileged, confidential and exempt from disclosure under
applicable law. Any dissemination, distribution or
copying of this communication is strictly prohibited
without our prior permission. If the reader of this
message is not the intended recipient, or the employee or
agent responsible for delivering the message to the
intended recipient, or if you have received this
communication in error, please notify us immediately by
return e-mail and delete the original message and any
copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz,
Edelman & Dicker LLP, please see our website at
www.wilsonelser.com or refer to any of our offices. Thank you.

Labels
Edit labels

Invite a friend
Give Gmail to:

[ Send Invite ] 50 left
preview invite

Reply   Reply to all   Forward

Gregg Rzepczynski to Daniel, Geoffrey           show details Jan 29 (2 days ago)   Reply

Thank you for your consideration in this matter. Gregg
- Show quoted text -
--
- Show quoted text -

Reply   Reply to all   Forward

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Barbara R. Kaplan, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Davidson & Grannum, LLP, et al. )<br>)<br>Defendants. ) | Case No. 07-cv-06668<br><br>Honorable George M. Marovich |

### AGREED ORDER

WHEREFORE, the Plaintiff's attorney and Defendants' attorneys have mutually agreed to extend the briefing schedule previously set by the Court with respect to Defendants' Motion to Dismiss.

IT IS HEREBY ORDERED that: Plaintiff's Response brief is due on or before February 15, 2008 and reply is due on or before March 7, 2008.

IT IS ORDERED THIS _____ day of February, 2008.

By: _____
Judge George M. Marovich