H HN

IN THE UNITED STATES DISTRACT COURT
FOR THE NORTHERN DISTRACT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 1  2008
2-1-2008
JUDGE GEORGE M. MAROVICH

| | |
|---|---|
| Barbara R. Kaplan, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-cv-06668 |
| | ) |
| Davidson & Grannum, LLP, et al. | ) Judge George M. Marovich |
| | ) |
| Defendants, | ) |

## NOTICE OF MOTON

PLEASE TAKE NOTICE that on Tuesday, February 12 at 9:30 am. we shall appear before the Honorable Judge George M. Marovich in Room 1944-C of the Dirksen Building, Chicago, Illinois or any other Judge sitting in his stead and then and there presents the Agreed Motion For Briefing Schedule Extension, a true and accurate copy of which is attached and hereby served upon you.

Gregg Rzepczynski

Gregg M. Rzepczynski
Gregg M. Rzepczynski and Associates, Ltd.
175 West Jackson Ste. 1650
Chicago, Illinois  60604
(312) 939-8028

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that he served a copy of the attached Notice of Motion and the document referenced therein upon:

Daniel E. Tranen
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 North LaSalle Street 26th Floor
Chicago, Illinois    60602-2412

by U.S. Mail with proper postage prepaid on this 1st day of February, 2008.

Gregg Rzepozynski