**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Barbara R. Kaplan
                                    Plaintiff,
v.                                                          Case No.: 1:07−cv−06668
                                                            Honorable George M. Marovich
Davidson & Grannum, LLP, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

    MINUTE entry before Judge George M. Marovich :Motion hearing set for 2/12/2008 is stricken. Plaintiff's agreed motion for briefing schedule extension [10] is granted. Plaintiff's response to defendants' motion to dismiss[5] is extended to 2/15/2008; defendants' reply is extended to 3/7/2008.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.