CLOSED, SCHENKIER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00200

| | |
|---|---|
| Kaplan v. Wunderlich Securities, Inc. | Date Filed: 01/13/2006 |
| Assigned to: Honorable Ronald A. Guzman | Date Terminated: 03/27/2006 |
| Demand: $240,000 | Jury Demand: Plaintiff |
| Cause: 42:2000e Job Discrimination (Employment) | Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Barbara R Kaplan**    represented by    **Gregg Martin Rzepczynski**
Gregg Rzepczynski & Associates Ltd.
175 W. Jackson Blvd.
#1650
Chicago, IL 60604
(312)939-8028
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall Lee Blankenship**
Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C.
150 North Michigan Avenue
Suite 2130
Chicago, IL 60601
(312) 781-2800
Email: mblankenship@adlmb.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wunderlich Securities, Inc.**    represented by    **Barry A. Hartstein**
Morgan Lewis Bockius
77 W. Wacker Drive
6th Floor
Chicago, IL 60601
(312)324-1000
Email: bhartstein@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory P Abrams**

DEFENDANT'S EXHIBIT /

Morgan, Lewis & Boccius LLP
77 West Wacker Drive
6th Floor
Chicago, IL 60601
(312) 324-1174
Fax: 312-324-1001
Email: gabrams@morganlewis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2006 | 1 | COMPLAINT filed by Barbara R Kaplan (Exhibit); Jury Demand.(mb, ) (Entered: 01/17/2006) |
| 01/13/2006 | 2 | CIVIL Cover Sheet (mb, ) (Entered: 01/17/2006) |
| 01/13/2006 | 3 | ATTORNEY Appearance for Plaintiff Barbara R Kaplan by Marshall Lee Blankenship (mb, ) (Entered: 01/17/2006) |
| 01/13/2006 | 5 | SUMMONS Issued as to Defendant Wunderlich Securities, Inc. (mb, ) (Entered: 01/17/2006) |
| 01/18/2006 | 6 | MINUTE entry before Judge Ronald A. Guzman : The Court orders the parties to appear for an initial status hearing. All parties shall refer to and comply with Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov. Status hearing set for 3/13/2006 at 09:30 AM. Mailed notice (cjg, ) (Entered: 01/18/2006) |
| 02/08/2006 | 7 | ATTORNEY Appearance for Defendant Wunderlich Securities, Inc. by Barry A. Hartstein (Hartstein, Barry) (Entered: 02/08/2006) |
| 02/08/2006 | 8 | ATTORNEY Appearance for Defendant Wunderlich Securities, Inc. by Gregory P Abrams (Abrams, Gregory) (Entered: 02/08/2006) |
| 02/08/2006 | 9 | MOTION by Defendant Wunderlich Securities, Inc. for extension of time to file answer *Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint* (Abrams, Gregory) (Entered: 02/08/2006) |
| 02/08/2006 | 10 | *Defendant's Notice of Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint* NOTICE of Motion by Gregory P Abrams for presentment of motion for extension of time to file answer 9 before Honorable Ronald A. Guzman on 2/14/2006 at 09:30 AM. (Abrams, Gregory) (Entered: 02/08/2006) |
| 02/13/2006 | 11 | MINUTE entry before Judge Ronald A. Guzman : Motion for extension of time to answer 9 is granted to and including 3/6/06. Motions terminated: MOTION by Defendant Wunderlich Securities, Inc. for extension of time to file answer *Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint* 9 Mailed notice (cjg, ) (Entered: 02/13/2006) |
|  |  |  |

| | | |
|---|---|---|
| 02/23/2006 | 12 | MOTION by Plaintiff Barbara R Kaplan for leave to appear as Counsel for Plaintiff (Attachments: # 1 Notice of Filing Notice of Motion) (Mitchell, Randall) (Entered: 02/23/2006) |
| 02/27/2006 | 13 | MINUTE entry before Judge Ronald A. Guzman : Motion for leave to appear 12 is stricken. Pro Hac Vice application to be filed with the Clerk's Offic. Motions terminated: MOTION by Plaintiff Barbara R Kaplan for leave to appear as Counsel for Plaintiff 12 Mailed notice (cjg, ) (Entered: 02/27/2006) |
| 03/06/2006 | 14 | MOTION by Defendant Wunderlich Securities, Inc. to dismiss *and compel arbitration or in the alternative to stay Plaintiff's Complaint* (Abrams, Gregory) (Entered: 03/06/2006) |
| 03/06/2006 | 15 | MEMORANDUM by Wunderlich Securities, Inc. in Support of motion to dismiss 14 *and compel arbitration or in the alternative to stay Plaintiff's Complaint* (Attachments: # 1 Exhibit Exhibit A (Section 1 of 2)# 2 Exhibit Exhibit A Section 2 of 2# 3 Exhibit Exhibit B Section 1 of 2# 4 Exhibit Exhibit B Section 2 of 2# 5 Exhibit Exhibit C# 6 Exhibit Exhibit D# 7 Exhibit Exhibit E# 8 Exhibit Exhibit F)(Abrams, Gregory) (Entered: 03/06/2006) |
| 03/06/2006 | 16 | *Notice of Motion to dismiss and compel arbitration or in the alternative to stay Plaintiff's Complaint* NOTICE of Motion by Gregory P Abrams for presentment of motion to dismiss 14 before Honorable Ronald A. Guzman on 3/9/2006 at 09:30 AM. (Abrams, Gregory) (Entered: 03/06/2006) |
| 03/07/2006 | 17 | MOTION to withdraw as attorney *for Plaintiff* (Mitchell, Randall) (Entered: 03/07/2006) |
| 03/07/2006 | 18 | NOTICE of Motion by Randall L. Mitchell for presentment of motion to withdraw as attorney 17 before Honorable Ronald A. Guzman on 3/9/2006 at 09:30 AM. (Mitchell, Randall) (Entered: 03/07/2006) |
| 03/08/2006 | 19 | MINUTE entry before Judge Ronald A. Guzman : Response to Defendant's motion to dismiss and compel arbitration or in the alternative to stay Plaintiff's complaint 14 is due by 3/29/2006. Reply is due by 4/12/2006. Ruling to be by mail. Mailed notice (cjg, ) (Entered: 03/08/2006) |
| 03/09/2006 | 20 | MINUTE entry before Judge Ronald A. Guzman : Marshall Lee Blakenship's motion for leave to withdraw as counsel for plaintiff and to substitute counsel is granted. Marshall Lee Blankenship of Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C. is granted leave to withdraw as counsel for plaintiff. Status hearing set for 4/26/2006 at 09:30 a.m. Mailed notices (gcy, ) (Entered: 03/14/2006) |
| 03/24/2006 | 21 | ATTORNEY Appearance for Plaintiff Barbara R Kaplan by Gregg Martin Rzepczynski (cdy, ) (Entered: 03/28/2006) |
| 03/24/2006 | 22 | MOTION by Plaintiff Barbara R Kaplan to withdraw statement of claim (cdy, ) (Entered: 03/28/2006) |

| 03/27/2006 | 23 | MINUTE entry before Judge Ronald A. Guzman : Plaintiff's motion to withdraw statement of claim is granted. This action is dismissed in its entirety. Civil case terminated. Mailed notice (cdy, ) (Entered: 03/28/2006) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/26/2008 12:15:17 | | | |
| PACER Login: | we0088 | Client Code: | 1060.00015 07132 |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00200 |
| Billable Pages: | 2 | Cost: | 0.16 |