IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA R. KAPLAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DAVIDSON & GRANNUM, LLP,<br>SANDRA D. GRANNUM & DAVID L.<br>BECKER<br><br>　　　　　　　Defendant. | Case No. 07C 6668<br><br>JUDGE MAROVICH<br><br>MAGISTRATE JUDGE SCHENKIER |

## AFFIDAVIT OF SANDRA GRANNUM

I, Sandra Grannum, having been first duly sworn, depose and state as follows:

1. I am over the age of 18 and am competent to testify to the matters stated below.

2. I am an attorney licensed to practice law in the State of New York.

3. I have personal knowledge of the facts and matters stated herein, and as such, I am qualified to testify as to these matters. If called upon as a witness, I could and would competently testify to each of the facts set forth herein.

4. I am a managing partner of the law firm Davidson & Grannum, LLP ("D&G"), and have been continuously employed by D&G since September, 2003.

5. As managing partner of D&G, I am lead counsel for D&G in Supreme Court of the State of New York, County of New York, Part 10, Case No. 601276/06, captioned *Davidson & Grannum v. Kaplan* ("New York matter").

6. The parties in the New York matter have each signed a stipulation extending the deadline for filing dispositive motions in that case until after this Court rules upon D&G's *Motion to Dismiss*.

DEFENDANT'S
EXHIBIT
3

468231.1

7. Should this Court grant D&G's *Motion to Dismiss*, D&G will not oppose any effort by Ms. Kaplan to amend her Answer for purposes of stating a Counter-claim against D&G in the New York matter.

Further Affiant sayeth not.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 5 day of March, 2008 at Orangeburg, New York.

_____
Sandra D. Grannum

Sworn to before me this
5th day of March, 2008.

_____
Notary Public

PATRICIA LAIBLE
Notary Public, State of New York
No. 01LA6099417
Qualified in Rockland County
Commission Expires September 29, 20_11_

2

468231.1