IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA R. KAPLAN,<br><br>                           Plaintiff,<br>v.<br><br>DAVIDSON & GRANNUM, LLP,<br>SANDRA D. GRANNUM & DAVID L.<br>BECKER<br><br>                           Defendant. | Case No. 07C 6668<br><br>JUDGE MAROVICH<br><br>MAGISTRATE JUDGE SCHENKIER |

## AFFIDAVIT OF SANDRA D. GRANNUM

I, Sandra D. Grannum, having been first duly sworn, depose and state as follows:

1. I am over the age of 18 and am competent to testify to the matters stated below.

2. I am an attorney licensed to practice law in the State of New York.

3. I am a citizen and resident of the State of New York.

4. I have personal knowledge of the facts and matters stated herein, and as such, I am qualified to testify as to these matters. If called upon as a witness, I could and would competently testify to each of the facts set forth herein.

5. I am a managing partner of the law firm Davidson & Grannum, LLP.

6. Davidson & Grannum, LLP presently has only two partners: Joel E. Davidson and Sandra D. Grannum. During a portion of the period of time relevant to the issues raised in Plaintiff's complaint Davidson & Grannum had three additional partners, which include David Becker. Those partners were all citizens and residents of New York.

7. Davidson & Grannum, LLP has never had a partner who is a citizen of Illinois.

Further Affiant sayeth not.



EXHIBIT B

497397.1

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this _26_ day of June, 2008 at _Orangeburg_, New York.

_____
Sandra D. Grannum

PATRICIA LAIBLE
Notary Public, State of New York
No. 01LA6069417
Qualified in Rockland County
Commission Expires September 29, 20_11_

Sworn before me this
26th day of June 2008

Patricia Laible

497397.1