# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6668 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Barbara Kaplan vs. Davidson & Grannum, LLP, et al. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Defendants' motion to dismiss [5] is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|