EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>210-2005-09745 |
|---|---|---|

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Barbara R. Kaplan | Home Phone No. (Incl Area Code)<br>(312) 787-3503 | Date of Birth<br>03-24-1946 |
|---|---|---|

Street Address: 180 E. Pearson, #5803, Chicago, IL 60611

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>WUNDERLICH SECURITIES | No. Employees, Members<br>15 - 100 | Phone No. (Include Area Code)<br>(312) 845-1029 |
|---|---|---|

Street Address: 200 W Madison St, Chicago, IL 60606

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☒ SEX ☒ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-01-2005  Latest: 09-22-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on July 19, 2004. My most recent position was Senior Vice-President. Beginning in or around February 2005, and continuing throughout my employment, I have been subjected to harassment based on my sex, religion, disability, and age. Respondent is aware of my disability. On September 22, 2005 I was terminated.

I believe I have been discriminated against based on my sex, female, and religion, Jewish, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe I have been discriminated against based on my disability, in violation of the Americans with Disabilities Act of 1990. I believe I have been discriminated against based on my age, 59, (d/o/b 03/24/1946), in violation of the Age Discrimination in Employment Act of 1967.

RECEIVED EEOC
OCT 0 7 2005
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Oct 07, 2005
Charging Party Signature: [signature]

NOTARY – When necessary for State and Local Agency Requirements.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT 6

ual Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

| To: Barbara Kaplan<br>180 E. Pearson, #5803<br>Chicago, IL 60611 | From: Equal Employment Opportunity Commission<br>500 West Madison<br>Suite 2800<br>Chicago, Illinois 60661 |
|---|---|

Certified No.: 7099 3400 0006 7303 7464

[ ] [ ] On behalf of a person aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No.<br>210-2005-09745 | EEOC Representative<br>Carol Milazzo, Investigator | Telephone No.<br>(312) 353-7453 |
|---|---|---|

(See the additional information attached to this form.)

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] [ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] [ ] Respondent employs less than the required number of employees.

[ ] [ ] Your charge was not timely filed with the Commission, i.e., you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] [ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] [ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] [ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ ] [X] [ ] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] [ ] Other (briefly state) _____

- NOTICE OF SUIT RIGHTS -

[ ] [X] [ ] Title VII and/or the Americans with Disabilities Act: This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.

[ ] [X] [ ] Age Discrimination in Employment Act: This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.

[ ] [ ] Equal Pay Act (EPA): EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On behalf of the Commission

October 21, 2005                John P. Rowe
                                John P. Rowe, District Director

Enclosures
 Information Sheets
 Copy of Charge
cc: Respondent(s)        Wunderlich Securities

EEOC Form 161 (Test 5/95)