10607.00015

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA R. KAPLAN,<br><br>            Plaintiff,<br>v.<br><br>DAVIDSON & GRANNUM, LLP,<br>SANDRA D. GRANNUM & DAVID L.<br>BECKER,<br><br>            Defendants. | Case No. 07C 6668<br><br>JUDGE GEORGE M. MAROVICH<br>MAGISTRATE JUDGE SCHENKIER |

## NOTICE OF MOTION

TO:    Gregg M. Rzepczynski
          Gregg M. Rzepczynski & Associates Ltd.
          175 West Jackson Boulevard, Suite 1650
          Chicago, Illinois 60604

      PLEASE TAKE NOTICE THAT on **July 22nd at 10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Judge George M. Marovich**, or any judge sitting in his stead, in **Room 1944-C** or the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **Defendants' Motion to Transfer and Memorandum in Support**, copies of which are attached hereto.

                              DAVIDSON & GRANNUM, LLP;
                              SANDRA D. GRANNUM AND
                              DAVID L. BECKER


                              By:   */s/ Geoffrey A. Belzer*
                                     One of their attorneys

Daniel E. Tranen
Geoffrey A. Belzer
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602
Telephone: (312) 704-0550
Facsimile: (312) 704-1522
Daniel.Tranen@wilsonelser.com

504012.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing pleading was served on:

***Attorney for Plaintiff***
Gregg M. Rzepczynski
Gregg M. Rzepczynski & Associates Ltd.
175 West Jackson Boulevard, Suite 1650
Chicago, Illinois 60604

by: ☐ hand-delivery; ☐ facsimile; ☐ overnight mail, next day delivery; and/or ☒ depositing same in the US Mail at or before the hour of 5:00 p.m. this 16th day of July, 2008.

                                          */s/ Geoffrey A. Belzer*
                                          Geoffrey A. Belzer

504012.1