# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6668 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Barbara R. Kaplan vs. Davidson & Grannum, LLP, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendants' motion to transfer case [20] is granted. Defendants' motion for leave to file answer instanter [20] is denied since alternative relief was granted. This case is transferred to the United States District Court for the Southern District of New York, New York Division.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CW |
|---|---|---|