CH

**FILED**
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 c 6668

AUG 18 2008

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States District Court<br>Southern District of New York<br>120 Daniel Patrick Moynihan<br>500 Pearl Street<br>New York, NY 10007-1312<br><br>07C6668 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>AUG 11 2008<br>U.S.D.C. - S.D.N.Y.<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7312 6349 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |