


**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

JUDGE GARDEPHE

08 CV 7201

MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK
(312) 435-5691

August 6, 2008

United States District Court
Southern District of New York

120 Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312

F I L E D

SEP 02 2008  YM
Sep 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Kaplan v. Davidson & Grannum LLP et al

Case No.: 07-CV-6668

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on 7/22/08, by the Honorable George Marovich. Enclosed is a certified copy of the transfer order and docket sheet, and transmittal letter.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET AS PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By   Carmen Acevedo
     Deputy Clerk

Enclosures

New Case No. 08 cv 7201        Date 8.26.08